## FIRST DEPARTMENT, FEBRUARY TERM, 1893.

Isaac H. Bailey, as Assignee, etc., Plaintiff and Appellant, v. Daniel Drew Chamberlain and others, Respondents and Appellants.— Judgment, so far as it dismissed the complaint, affirmed, without costs. Opinion by Van Brunt, P. J.

The United States Vinegar Company, Plaintiff, v. Henry Spainer, Defendant. — Exceptions overruled, and judgment for the plaintiff ordered on the verdict, with costs. Opinion *Per Curiam.*

The People of the State of New York, Respondent, v. John P. Kirwan, Appellant.— Judgment reversed and new trial granted. Opinions by Van Brunt, P. J., O'Brien and Patterson, JJ.

Hecla Consolidated Gold Mining Company, Respondent, v. William L. O'Neill, Appellant.— Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Henry M. Potter, Appellant, v. The United States National Bank and others, Respondents.— Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

The People of the State of New York, Respondent, v. Daniel Kennedy, Appellant.—Judgment affirmed. Opinion by O'Brien, J.

Henry W. Johnson, Plaintiff, v. Edward G. Williams, Defendant.—Judgment ordered for plaintiff, with costs against the defendant directing that he perform his contract and accept the deed tendered by the plaintiff, and, in other respects, comply with the terms of the agreement. Opinion by O'Brien, J.

Georgianna F. Webster, Respondent, v. Mary J. Clark, as Executrix, etc., Appellant.—Final judgment affirmed, with costs. Opinion by Follett, J.

John W. Boughton and another, Respondents, v. Millard F. Smith, Appellant.—Judgment affirmed, with costs. Opinion by O'Brien, J.

In the Matter of Henry S. Valentine, Deceased.— Decree affirmed, with costs. Opinion by Van Brunt, P. J.

John Pierce, Appellant, v. John B. Devlin and others, Appellants and Respondents.—Judgment affirmed, with costs and disbursements. Opinion by O'Brien, J.

George Campbell and another, Respondents, v. Robert F. Sloane and another, Appellants, Impleaded, etc.—Judgment reversed and new trial ordered before a new referee, with costs and disbursements to appellants to abide the event. Opinion by O'Brien, J.

The People of the State of New York, Respondent, v. John Hartley, Appellant. — Judgment affirmed. Opinion *Per Curiam.*

Ernest J. Lecocq, Appellant, v. Auguste Pottier, as executor, etc., Respondent. — Order affirmed with ten dollars costs and disbursements. No opinion.

Helena Metzger, Respondent, v. The Metropolitan Elevated Railway Company, Appellant.

Hannah E. Boardman and another, Respondents, v. The Metropolitan Elevated Railway Company, Appellant.

Edmund J. Curry, Respondent, v. The Metropolitan Elevated Railway Company, Appellant.

Edmund J. Curry, Respondent, v. The New York Elevated Railroad Company, Appellant. — Motions for reargument denied with ten dollars costs and printing disbursements in one case.

Leo Goldmark, Respondent, v. The Metropolitan Opera House Company, Appellant. — Order reversed with ten dollars costs and disbursements, and the motion to suppress the commission granted with ten dollars costs. Opinion *Per Curiam.*

Sarah Lazarus and others, Appellants, v. The Metropolitan Elevated Railway Company and others, Respondents. — Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Sarah Lazarus and others, executors, Respondents, v. The Metropolitan Elevated Railway Company and others, Appellants — Order affirmed, with costs and disbursements. Opinion *Per Curiam.*

In the Matter of the Application of The Metropolitan Elevated Railway Company (In re Jones et al). — Parcel 7. Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

The People of the State of New York *ex rel.* Fred S. Heiser, Appellant. v. Edward Gilon and others, Board of Assessors. etc., and others, Respondents.— Order affirmed, with ten dollars costs. Opinion *Per Curiam.*

In the Matter of the Application of The Metropolitan Elevated Railway Company (In re Jones et al). — Parcel 54. Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Edward C. James, Respondent, v. James Henry Work, Appellant. — Order in respect to the two amendments stated in opinion reversed, but in all other respects affirmed, without costs to either party. Opinion *Per Curiam.*

Jirah J. Foote and others, executors, Plaintiff, v. Lucy F. Bruggerhof, as administratrix, etc., and others, Defendants. — Motion denied with ten dollars costs. Opinion *Per Curiam.*

Andrew W. Gerlach, Respondent, v. Charles Amman, Appellant. — Judgment affirmed, with costs.

William O. Hart, Appellant, v. Augustus Bernau, Respondent. — Order affirmed, with ten dollars costs and printing disbursements. Opinion *Per Curiam.*

Emanuel Popper, Appellant, v. Henry Wallach and another, Respondents.—Judgment affirmed, with costs and disbursements.

Carroll Whitaker, Appellant, v. Heman L. White and others, Respondents. — Order reversed and motion denied, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Joseph Stern, Respondent, v. Edward R. Ladew and another, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Anna F. Travers, Respondent, v. Herbert L. Satterlee and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

The Dueber Watch Case Manufacturing Company, Appellant, v. The American and Waltham Watch Company, Respondent.—Order reversed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

The Globe Sewer Pipe Company, Appellant, v. Ira L. Otis and others, Respondents. — Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion *Per Curiam.*

National Park Bank of New York. Respondent, v. Moses S. Levy, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements.

Emil A. Cornuel and others, Respondents, v. Otto C. Heinze, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Jacob Schwartz and others v. John Wood. — Motion denied, with ten dollars costs.

In the Matter of the Application of James Steele for the Examination of William G. Smith. — Order affirmed, with costs and disbursements. No opinion.